AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FRANKLIN JOE FIELDS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:16-cv-62

GROVE HIGH SCHOOL,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 1st day of June 2016, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby dismissing the Plaintiff's Complaint. This case stands closed.

Approved by: _____

Date: June 2, 2016

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk